JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN STAVOLA, JEREMY GARDINER, AND RESCUES ROCK INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PENN-STAR INSURANCE COMPANY, <br><br> Defendant. | No.: CV 23-2827-GW-JPRx <br><br> **ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE** <br><br> Honorable George H. Wu |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice. Parties shall bear their own costs.

**IT IS SO ORDERED.**

Date: July 24, 2023

_____
Honorable George H. Wu
United States District Judge